# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA BUSTOS RAMIREZ, | Case No. 1:22-cv-00542-DAD-SAB |
| Plaintiff, | ORDER RE: STIPULATED MOTION FOR LEAVE TO FILE AMENDED COMPLAINT |
| v. | (ECF No. 19) |
| MERRILL GARDENS, LLC, | |
| Defendant. | |

On April 18, 2022, Defendant removed this putative class action from the Superior Court of the State of California for the County of Los Angeles to the Central District of California. (ECF No. 1.)  This action was transferred to the Eastern District of California on May 5, 2022. (ECF No. 16.)  A scheduling conference is set for August 18, 2022.  (ECF No. 17.)  On June 13, 2022, the parties filed a stipulated motion requesting leave for Plaintiff to file a first amended complaint that adds an additional cause of action for civil penalties under California's Private Attorneys General Act of 2004 ("PAGA").  (ECF No. 19.)  The Court finds good cause to grant the stipulated motion.

///

///

///

///

Accordingly, good cause appearing and pursuant to the stipulation of the parties, IT IS HEREBY ORDERED that:

1. The stipulated motion for leave to amend (ECF No. 19) is GRANTED;

2. Plaintiff is GRANTED leave to file a first amended complaint;

3. Plaintiff shall file the proposed amended complaint within five (5) days of entry of this order; and

4. Defendant shall file a responsive pleading to the first amended complaint within twenty-one (21) days of filing of the first amended complaint on the docket.

IT IS SO ORDERED.

Dated: __**June 14, 2022**__

UNITED STATES MAGISTRATE JUDGE