# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA BUSTOS RAMIREZ,<br><br>        Plaintiff,<br><br>   v.<br><br>MERRILL GARDENS, LLC,<br><br>        Defendant. | Case No. 1:22-cv-00542-DAD-SAB<br><br>ORDER GRANTING: STIPULATED MOTION TO STAY ACTION<br><br>(ECF No. 22) |

On April 18, 2022, Defendant removed this putative class action from the Superior Court of the State of California for the County of Los Angeles to the Central District of California. (ECF No. 1.)  This action was transferred to the Eastern District of California on May 5, 2022. (ECF No. 16.)  A scheduling conference is set for August 18, 2022.  (ECF No. 17.)  On June 14, 2022, the Court granted a stipulated motion granting leave for Plaintiff to file a first amended complaint, and on June 15, 2022, Plaintiff filed a first amended complaint that adds an additional cause of action for civil penalties under California's Private Attorneys General Act of 2004 ("PAGA").  (ECF Nos. 20, 21.)  Currently before the Court is the parties' stipulated motion to stay this case.  (ECF No. 22.)

The parties proffer that they have scheduled a mediation for November 21, 2022, and wish to stay this case before expending significant resources on pleadings and formal discovery. (ECF No. 22 at 2.)  Thus, the parties request a stay of all litigation, including the requirement for

Defendant to file a responsive pleading to the first amended complaint, until November 21, 2022.

Accordingly, good cause appearing and pursuant to the stipulation of the parties, IT IS HEREBY ORDERED that:

1. The stipulated motion to stay this action (ECF No. 22) is GRANTED;
2. All pending matters and dates are VACATED;
3. This matter is STAYED until November 21, 2022; and
4. The parties shall file a joint status report on or before November 28, 2022.

IT IS SO ORDERED.

Dated: **July 12, 2022**

UNITED STATES MAGISTRATE JUDGE