## UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA BUSTOS RAMIREZ,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>MERRILL GARDENS, LLC,<br><br>　　　　Defendant. | Case No.  1:22-cv-00542-ADA-SAB<br><br>ORDER SETTING DEADLINE TO FILE MOTION FOR PRELIMINARY APPROVAL<br><br>(ECF Nos. 23, 26) |

Plaintiff Maria Bustos Ramirez initiated this action on May 5, 2022.  (ECF No. 1.)  On July 12, 2022, the Court granted the parties' motion to stay litigation pending completion of mediation on November 21, 2022.  (ECF No. 23.)  Per the order, the action, including the requirement for defendant to file a responsive pleading, was stayed until November 21, and the parties were directed to file a status report by November 28, 2022.  On November 28, 2022, the parties filed a joint status report.  (ECF No. 26.)  In the status report, the parties proffer they reached an agreement for resolution at their November 21, 2022 mediation session and intend to file a motion for preliminary approval; however, they did not propose a briefing schedule or further information.  Therefore, the Court shall set a deadline to file the motion for preliminary approval in this matter.

/ / /

/ / /

/ / /

1

Accordingly, IT IS HEREBY ORDERED that the motion for preliminary approval shall be filed no later than **January 27, 2023**.

IT IS SO ORDERED.

Dated: **November 29, 2022**

UNITED STATES MAGISTRATE JUDGE