# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA BUSTOS RAMIREZ, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>MERRILL GARDENS, LLC,<br><br>Defendant. | Case No. 1:22-cv-00542-SAB<br><br>ORDER GRANTING MOTION FOR EXTENSION OF TIME TO FILE SUPPLEMENTAL BRIEFING IN SUPPORT OF MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT<br><br>(ECF Nos. 28, 30, 40)<br><br>**DEADLINE: FORTY-FIVE DAYS** |

On November 22, 2022, the parties reached a global resolution of this putative class action. (ECF No. 26.) On January 24, 2023, Plaintiffs filed a motion for preliminary approval of class action settlement and certification of the settlement class. (ECF No. 28.) On January 27, 2023, the motion was taken under submission by the assigned District Judge until it was reassigned to this Court on August 25, 2023. (ECF Nos. 28, 29.) At a hearing held in this matter on October 4, 2023, the Court ordered supplemental briefing regarding the proposed settlement agreement, due November 1, 2023. (ECF No. 39.) On November 1, 2023, the parties filed a joint stipulation for a forty-five (45) day extension of time to file the supplemental briefing, as the parties are continuing to confer over the Court's concerns regarding preliminary approval, including the language of an amended settlement agreement. (ECF No. 40.) The parties anticipate finalizing an amended settlement agreement within thirty (30) days, which the parties

proffer will be included in their supplemental briefing. (Id.) The Court finds good cause to grant the motion for an extension of the deadline.

Accordingly, IT IS HEREBY ORDERED that the motion for extension of time is GRANTED, and the parties shall file the supplemental briefing within **forty-five (45) days** of entry of this Order.

IT IS SO ORDERED.

Dated:     **November 2, 2023**

UNITED STATES MAGISTRATE JUDGE