# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA BUSTOS RAMIREZ,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>MERRILL GARDENS, LLC,<br><br>　　　　Defendant. | Case No. 1:22-cv-00542-SAB<br><br>ORDER RE STIPULATION TO CONSOLIDATE ACTIONS<br><br><br><br>(ECF No. 42) |
| RAMONA CHRISTINA HOLGUIN,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>MERRILL GARDENS, LLC,<br><br>　　　　Defendant. | Case No. 1:22-cv-01042-SAB |

On November 6, 2023, the parties in the above captioned actions filed a stipulation to consolidate the above captioned cases for all purposes.  (See No. 1:22-cv-00542-SAB, ECF No. 42.)

Pursuant to Rule 42(a) of the Federal Rules of Civil Procedure, "[i]f actions before the court involve a common question of law or fact, the court may:  (1) join for hearing or trial any or all matters at issue in the actions; (2) consolidate the actions; or (3) issue any other orders to avoid unnecessary cost or delay."  In exercising its discretion, the Court "weighs the saving of

time and effort consolidation would produce against any inconvenience, delay, or expense that it would cause." Huene v. United States, 743 F.2d 703, 704 (9th Cir. 1984). Here, the Court finds that the actions involve the same or similar parties, claims, and questions of fact or law and that consolidation will avoid unnecessary costs and duplication of proceedings. The parties have a joint class action settlement pending approval of the Court. Thus, good cause exists to grant the parties' stipulation to consolidate the cases.

Accordingly, IT IS HEREBY ORDERED that:

1. The parties' stipulation (No. 1:22-cv-00542-SAB, ECF No. 42) consolidating these cases, is granted;

2. The above captioned cases shall be consolidated for all purposes, including trial, pursuant to Rule 42(a);

3. The Clerk of the Court is directed to file this order in each of the above-referenced cases; and

4. Going forward, the parties and the Clerk of the Court are directed to file documents under only the lead case number. Future captions should indicate the lead case number followed by the member case number as follows:

**Lead Case:**      1:22-cv-00542-SAB

**Member Case:**    1:22-cv-01042-SAB.

IT IS SO ORDERED.

Dated: __**November 7, 2023**__

UNITED STATES MAGISTRATE JUDGE