# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA BUSTOS RAMIREZ, et al.,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>MERILL GARDENS, LLC,<br><br>　　　　Defendant. | Case No. 1:22-cv-00542-SAB<br><br>ORDER DISCHARGING ORDER REQUIRING COUNSEL FOR PLAINTIFF HOLGUIN TO SHOW CAUSE WHY SANCTIONS SHOULD NOT BE IMPOSED FOR FAILING TO APPEAR AT FINAL APPROVAL HEARING<br><br>(ECF Nos. 59, 60, 61) |

On May 1, 2024, Plaintiffs filed a motion for final approval of the class and representative action settlement. (ECF No. 55.) Defendant filed a notice of non-opposition on May 15, 2024. (ECF No. 56.) A hearing on the motion for final approval was held on May 29, 2024, and there was no appearance at the hearing by Plaintiff Holguin. On that same date an order issued requiring counsel for Plaintiff Holguin to show cause why monetary sanctions should not issue for the failure to appear at the final approval hearing. (ECF No. 59.) On June 3, 2024, counsel Jonathan Melmed and counsel Mehrdad Bokhour filed responses to the order to show. The Court has reviewed the responses and the order to show cause shall be discharged.

Accordingly, the order requiring counsel for Plaintiff Holguin to show cause why sanctions should not be imposed for the failure to appear at the May 29, 2024 final approval hearing is HEREBY DISCHARGED.

IT IS SO ORDERED.

Dated:  **June 4, 2024**

　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1