## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

                                    **JUDGMENT IN A CIVIL CASE**

**MARIA BUSTOS RAMIREZ, ET AL.,**

                                    CASE NO: **1:22–CV–00542–SAB**

        v.

**MERRILL GARDENS, LLC,**

---

**Decision by the Court.** This action came before the Court. The issues have been tried, heard or decided by the judge as follows:

IT IS ORDERED AND ADJUDGED

    **THAT JUDGMENT IS HEREBY ENTERED IN ACCORDANCE WITH THE COURT'S ORDER FILED ON 6/11/2024**

                                                            **Keith Holland**
                                                            Clerk of Court

ENTERED:  **June 11, 2024**

                                        by: /s/ C. Marrujo
                                                     Deputy Clerk