# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA BUSTOS RAMIREZ, *individually, and on behalf of all others similarly situated*, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>MERRILL GARDENS, LLC,<br><br>Defendant. | Case No. 1:22-cv-00542-SAB<br><br>ORDER REQUIRING PLAINTIFF TO FILE FINAL REPORT ON DISTRIBUTION<br><br>(ECF No. 63)<br><br>**FEBRUARY 18, 2025 DEADLINE** |

On June 10, 2024, the Court granted final approval of a class action settlement, the motion for attorney's fees, and incentive awards in part with reduction in fees and awards. (ECF No. 63.) As part of its order, the Court ordered that "Plaintiffs shall file a final report on distribution no later than 245 days from the date of entry of this order." (Id. at ¶ 10.) Plaintiffs' final report was due by February 11, 2025, and nothing to date has been filed. Accordingly, the Court hereby ORDERS Plaintiffs to file their final report by **February 18, 2025**. Should Plaintiffs fail to file their final report, the Court will issue an order to show cause regarding whether sanctions should issue.

IT IS SO ORDERED.

Dated: **February 12, 2025**

STANLEY A. BOONE
United States Magistrate Judge