Kane Moon (SBN 249834)
Allen Feghali (SBN 301080)
Charlotte Mikat-Stevens (SBN 327047)
**MOON LAW GROUP, PC**
725 South Figueroa Street, 31st Floor
Los Angeles, California 90017
Telephone: (213) 232-3128
Facsimile: (213) 232-3125

Attorneys for Plaintiff MARIA BUSTOS RAMIREZ

Jonathan Melmed (SBN 290218)
Meghan Higday (SBN 334626)
**MELMED LAW GROUP P.C.**
1801 Century Park East, Suite 850
Los Angeles, California 90067
Telephone: (310) 824-3828
Facsimile: (310) 862-6851

Mehrdad Bokhour, (SBN 285256)
**BOKHOUR LAW GROUP, P.C.**
1901 Avenue of the Stars, Suite 450
Los Angeles, California 90067
Telephone: (310) 975-1493

Attorneys for Plaintiff RAMONA HOLGUIN

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA BUSTOS RAMIREZ,<br><br>       Plaintiff,<br><br>    v.<br><br>MERRILL GARDENS, LLC,<br><br>       Defendant. | Lead Case No. 1:22-cv-00542-SAB<br>Consolidated with 1:22-CV-01042-SAB<br><br>[*Assigned to Magistrate Stanley A. Boone*]<br><br><u>CLASS ACTION</u><br><br>**DECLARATION OF STEPHANIE MOLINA OF ILYM GROUP, INC., REGARDING DISBURSEMENT OF THE SETTLEMENT FUNDS** |

-1-
DECLARATION OF STEPHANIE MOLINA OF ILYM GROUP, INC., REGARDING
DISBURSEMENT OF THE SETTLEMENT FUNDS

I, Stephanie Molina, declare as follows:

1. I am a resident of the United States of America and am over the age of 18. I am the Operations Manager for ILYM Group, Inc., (herein after referred to as "ILYM Group"), the professional settlement services provider who has been retained by the Parties' Counsel and subsequently appointed by the Court to serve as the settlement administrator for the above captioned *Ramirez v. Merrill Gardens, LLC* matter. I am authorized to make this declaration on behalf of ILYM Group. I have personal knowledge of the facts herein, and, if called upon to testify, I could and would testify competently to such facts.

2. ILYM Group was engaged by the Parties' Counsel and subsequently approved and appointed by the Court to provide notification services and settlement administration, pursuant to the terms of the Settlement, in the above referenced Action. In this capacity, ILYM Group was charged with: (a) printing and mailing the Notice Packet; (b) receiving and processing requests for exclusion from, and objections to, the Settlement; (c) resolving Settlement Class Members' disputes over the number of hours Defendant has record of them working during the Class and/or PAGA Period, which was pre-printed on their individualized Notice Packet; (d) calculating the individual settlement award amounts; (e) processing and mailing the settlement award checks; (f) handling tax withholdings as required by the Settlement and the law; (g) preparing, issuing and filing tax returns and other applicable tax forms; (h) handling the distribution of any unclaimed funds pursuant to the terms of the Settlement; and (i) performing other tasks as the Parties mutually agreed to and/or the Court ordered ILYM Group to perform.

3. The total amount due, and received, under the Settlement was $853,174.61, which includes the $825,000.00 Gross Settlement Amount, plus the employer's share of the applicable payroll taxes in the amount of $28,174.61. The breakdown is as follows:

    a. $476,190.54 for gross payment of the individual settlement awards to the 4,602 Settlement Class Members.

    b. $21,250.00 for the PAGA payment to the 3,211 PAGA Employees, for their 25% share of the PAGA Penalties.

    c. $206,250.00 for payment of Class Counsel's attorney fees.

    d. $19,559.46 for payment of Class Counsel's attorney costs and expenses.

  e. $4,000.00 for an Enhancement Award to Maria Bustos Ramirez.

  f. $4,000.00 for an Enhancement Award to Ramona C. Holguin.

  g. $30,000.00 for payment of administration fees to ILYM Group.

  h. $63,750.00 for payment to the California Labor & Workforce Development Agency ("LWDA"), for its 75% share of the PAGA Penalties.

  i. $28,174.61 for the Defendant's share of the payroll taxes related to the portion of the settlement payments attributable to wages.

4. On July 26, 2024, the payment of Class Counsel's attorney fees, in the amount of $206,250.00, was completed.

5. On July 26, 2024, the payment of Class Counsel's attorney costs and expenses, in the amount of $19,559.46, was completed.

6. On July 26, 2024, ILYM Group issued and mailed the Enhancement Award to Maria Bustos Ramirez, in the amount of $4,000.00.

7. On July 26, 2024, ILYM Group issued and mailed the Enhancement Award to Ramona C. Holguin, in the amount of $4,000.00.

8. On July 26, 2024, payment of the settlement administration fees to ILYM Group, in the amount of $30,000.00, was completed.

9. On July 26, 2024, payment to the Labor and Workforce Development Agency, in the amount of $63,750.00, was completed.

10. On July 26, 2024, ILYM Group issued and mailed the settlement award checks to the Settlement Class Members and PAGA Members. The total net amount sent to Settlement Class Members and PAGA Members was $438,154.82, as $59,285.72 was withheld for payment of all applicable payroll taxes.

11. On July 26, 2024, payment to the Internal Revenue Service, for all applicable Federal payroll taxes, in the amount of $68,730.17, was completed.

12. On July 26, 2024, payment to the Employment Development Department for all applicable State payroll taxes in the amount of $18,730.16, was completed.

///

13. The deadline for the Settlement Class Members and PAGA Members to cash their settlement award check was January 22, 2025; 180 days after its issuance.

14. A total of $76,800.10 in issued settlement checks remained uncashed after the January 22, 2025 check cashing deadline.

15. On February 14, 2025, in accordance with the terms of the Parties' Settlement Agreement and the Court's Final Approval Order, the value of the uncashed settlement checks, in the amount of $76,800.10, was sent to Legal Aid at Work.

I declare under penalty of perjury under the laws of the State of California and the United States that the foregoing is true and correct to the best of my knowledge and that this Declaration was executed this 14th day of February 2025, at Tustin, California.

_____
Stephanie Molina